# FINANCIAL DISCLOSURE REPORT
## NOMINATION REPORT

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shepherd, Bobby E. | Eighth Circuit | May 22, 2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> Circuit Judge - Nominee | 5a. Report Type (check appropriate type) <br> _x_ Nomination, Date _5/18/2006_ <br> ___ Initial ___ Annual ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> 1/1/2005 to 4/30/06 |
|---|---|---|

| 7. Chambers or Office Address <br> P.O. Box 1733 <br> El Dorado, AR 71731-1733 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Director | Boys and Girls Club of El Dorado |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | 2005 | El Dorado School District (teacher's salary) |
| 2 | 2006 | El Dorado School District (teacher's salary) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Shepherd, Bobby E. | Date of Report<br>5/22/2006 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Timberland Bank, El Dorado, AR | Loans (unsecured) | J |
| 2 | Capital One | Credit card | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Shepherd, Bobby E. | 5/22/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Meridian Prop. Inc. Com. St. | | None | L | T | Exempt | | | | |
| 2  Montag & Caldwell Growth Fund | A | Dividend | J | T | | | | | |
| 3  Bancorp South Common Stock | A | Dividend | J | T | | | | | |
| 4  Fidelity Invst Short Interm Gvt | A | Dividend | J | T | | | | | |
| 5  Fidelity Low Price Stock Fnd #316 | A | Dividend | J | T | | | | | |
| 6  Longleaf Partners Fund | A | Dividend | J | T | | | | | |
| 7  Govt Oblig Fund #5 | A | Distrib. | J | T | | | | | |
| 8  T Rowe Price Equity Income Fnd | A | Dividend | J | T | | | | | |
| 9  T Rowe Price Mid Cap Growth | A | Distrib. | J | T | | | | | |
| 10  Simmons 1st Nat Corp | A | Dividend | J | T | | | | | |
| 11  Vanguard Intern. Growth Fund | A | Dividend | J | T | | | | | |
| 12  Vanguard Bond Ind #222 | A | Dividend | J | T | | | | | |
| 13  Vanguard Interm Treas Fund | A | Dividend | J | T | | | | | |
| 14  Vanguard Explorer Fund 24 | A | Dividend | J | T | | | | | |
| 15  Vanguard Ind S&P 500 Fund | A | Dividend | J | T | | | | | |
| 16  Gvt Oblig Fund #05 | A | Dividend | J | T | | | | | |
| 17  Timberland Bank Common Stock | | None | K | T | | | | | |

1. Income/Gain Codes: (See Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: (See Col C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Shepherd, Bobby E. | 5/22/06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 | Timberland Bank (bank acct) | A | Interest | J | T | | | | | |
| 19 | Regions Bank (bank accts) | A | | | | | | | | |
| 20 | Equitable Life Ins Co | A | Dividend | K | T | | | | | |
| 21 | Overriding Royalty Int Union County, AR | B | Royalty | J | W | | | | | |
| 22 | Mineral Interest Union County, AR | A | Royalty | J | W | | | | | |
| 23 | Mineral Interest Union County, AR | A | Royalty | J | W | | | | | |
| 24 | Mineral Interest Union County, AR | A | Royalty | J | W | | | | | |
| 25 | Mineral Interest Union County, AR | A | Royalty | J | W | | | | | |
| 26 | Goldman Sachs Govt M/M | A | Dividend | J | T | | | | | |
| 27 | Goldman Sachs Short Duration Govt Fund | A | Dividend | J | T | | | | | |
| 28 | Fidelity Advisor Diversified International CL 1 #734 | A | Dividend | J | T | | | | | |
| 29 | Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |

| 1 | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Part III Non-investment Income:  Additional income was received as U.S. Government salary for services as a United States Magistrate Judge.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _May 22, 2006_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 20 | 000 | Notes payable to banks-secured | | 12 | 450 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 35 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 236 | 001 |
| Real estate owned-add schedule | | 400 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 140 | 000 | | | | |
| Cash value-life insurance | | 26 | 500 | | | | |
| Other assets itemize: | | | | | | | |
| (See attached schedule) | | 422 | 200 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 283 | 451 |
| | | | | Net Worth | | 725 | 249 |
| Total Assets | 1 | 008 | 700 | Total liabilities and net worth | 1 | 008 | 700 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 67 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |